# United States Bankruptcy Court
## District of Arizona

In re: **Paul C. Coffee / Andi M. Coffee**, Debtor(s)

Case No. _____
Chapter **13**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;
- ■ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or
- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Paul C. Coffee**, declares the foregoing to be true and correct under penalty of perjury.

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;
- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or
- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Andi M. Coffee**, declares the foregoing to be true and correct under penalty of perjury.

Date **July 5, 2018**   Signature **/s/ Paul C. Coffee**
**Paul C. Coffee**
Debtor

Date **July 5, 2018**   Signature **/s/ Andi M. Coffee**
**Andi M. Coffee**
Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.



CHS Health Services, LLC
5500 Maryland Way #200
Brentwood, TN 37027
844-407-7557

**Pay Statement**
Period Start Date 04/21/2018
Period End Date 05/04/2018
Pay Date 05/11/2018
Document 337364570
Net Pay $2,367.42

## Pay Details

| | | | |
|---|---|---|---|
| **Andi M Coffee** | **Employee Number** 000016045 | **Pay Group** CHSHS- CHS LLC | **Federal Income Tax** M 5 |
| 39506 N Daisy Mountain Drive | **SSN** XXX-XX-XXXX | **Location** Vanguard AZ | **AZ State Income Tax (Residence)** H 0 |
| 122-249 | **Job** Wellness Coach | **Site** 03012 - Vanguard, Arizona | **AZ State Income Tax (Work)** H 0 |
| Anthem, AZ 85086 | **Pay Rate** $38.3371 | **Department** 100000 - Primary Care/PCMH | |
| USA | **Pay Frequency** Biweekly | **Region** EAST - Eastern | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Regular-Salary | 72.0000 | $38.3371 | $2,760.27 | $27,654.86 |
| PTO | 8.0000 | $38.3371 | $306.70 | $1,947.00 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $903.68 |
| Group Term Life | | | $1.38 | $13.62 |

Total Hours Worked 72.0000    Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---:|---:|---:|---:|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401KRoth PostTx | No | $61.34 | $610.12 | $0.00 | $0.00 |
| Accdntl Injury | No | $0.00 | $2.74 | $0.00 | $0.00 |
| Critical Illnes | No | $6.98 | $68.22 | $0.00 | $0.00 |
| Dental | Yes | $45.90 | $441.36 | $10.28 | $99.58 |
| Dep Care FSA | Yes | $70.51 | $871.78 | $0.00 | $0.00 |
| Flex Spend Acct | Yes | $38.46 | $384.60 | $0.00 | $0.00 |
| Group Term Life | No | $1.38 | $13.62 | $0.00 | $0.00 |
| Legal | No | $8.65 | $86.50 | $0.00 | $0.00 |
| LTD Base | No | $22.15 | $176.60 | $0.00 | $0.00 |
| LTD Vol Buy Up | No | $0.00 | $44.30 | $0.00 | $0.00 |
| STD Vol Buy Up | No | $0.00 | $8.37 | $0.00 | $0.00 |
| Vision Ins | Yes | $8.20 | $81.60 | $0.00 | $0.00 |
| Vol EE Life | No | $5.40 | $48.60 | $0.00 | $0.00 |
| Vol Spouse AD&D | No | $1.38 | $12.42 | $0.00 | $0.00 |
| Vol Spouse Life | No | $0.35 | $3.15 | $0.00 | $0.00 |
| 401K ER Match | Yes | $0.00 | $0.00 | $61.34 | $610.12 |
| Basic Dep Life | No | $0.00 | $0.00 | $0.62 | $5.58 |
| Basic EE Life | No | $0.00 | $0.00 | $3.70 | $36.80 |
| Basic ER Pd ADD | No | $0.00 | $0.00 | $0.54 | $5.39 |
| Basic STD | No | $0.00 | $0.00 | $15.49 | $154.49 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $184.74 | $1,688.59 |
| Employee Medicare | $42.13 | $416.73 |
| Social Security Employee Tax | $180.13 | $1,781.87 |
| AZ State Income Tax | $23.23 | $229.80 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---:|---:|---:|
| Premise Holiday | 16.0000 | 0.0000 | 8.0000 |
| Premise PTO | 43.0000 | 6.1520 | 27.4369 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxx1624 | Checking | $200.00 |
| xxxxx4281 | Checking | $2,167.42 |
| Total | | $2,367.42 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $3,068.35 | $2,905.28 | $430.23 | $270.70 | $2,367.42 |
| YTD | $30,519.16 | $28,039.80 | $4,116.99 | $2,853.98 | $23,548.19 |



**CHS Health Services, LLC**
5500 Maryland Way #200
Brentwood, TN 37027
844-407-7557

**Pay Statement**
Period Start Date 05/05/2018
Period End Date 05/18/2018
Pay Date 05/25/2018
Document 337365139
Net Pay $2,367.43

## Pay Details

| | | | |
|---|---|---|---|
| **Andi M Coffee** | **Employee Number** 000016045 | **Pay Group** CHSHS- CHS LLC | **Federal Income Tax** M 5 |
| 39506 N Daisy Mountain Drive | **SSN** XXX-XX-5892 | **Location** Vanguard AZ | **AZ State Income Tax (Residence)** H 0 |
| 122-249 | **Job** Wellness Coach | **Site** 03012 - Vanguard, Arizona | **AZ State Income Tax (Work)** H 0 |
| Anthem, AZ 85086 | **Pay Rate** $38.3371 | **Department** 100000 - Primary Care/PCMH | |
| USA | **Pay Frequency** Biweekly | **Region** EAST - Eastern | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular-Salary | 76.0000 | $38.3371 | $2,913.62 | $30,568.48 |
| PTO | 4.0000 | $38.3371 | $153.35 | $2,100.35 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $903.68 |
| Group Term Life | | | $1.38 | $15.00 |

Total Hours Worked 76.0000  Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401KRoth PostTx | No | $61.34 | $671.46 | $0.00 | $0.00 |
| Accdntl Injury | No | $0.00 | $2.74 | $0.00 | $0.00 |
| Critical Illnes | No | $6.98 | $75.20 | $0.00 | $0.00 |
| Dental | Yes | $45.90 | $487.26 | $10.28 | $109.86 |
| Dep Care FSA | Yes | $70.51 | $942.29 | $0.00 | $0.00 |
| Flex Spend Acct | Yes | $38.46 | $423.06 | $0.00 | $0.00 |
| Group Term Life | No | $1.38 | $15.00 | $0.00 | $0.00 |
| Legal | No | $8.65 | $95.15 | $0.00 | $0.00 |
| LTD Base | No | $22.15 | $198.75 | $0.00 | $0.00 |
| LTD Vol Buy Up | No | $0.00 | $44.30 | $0.00 | $0.00 |
| STD Vol Buy Up | No | $0.00 | $8.37 | $0.00 | $0.00 |
| Vision Ins | Yes | $8.20 | $89.80 | $0.00 | $0.00 |
| Vol EE Life | No | $5.40 | $54.00 | $0.00 | $0.00 |
| Vol Spouse AD&D | No | $1.38 | $13.80 | $0.00 | $0.00 |
| Vol Spouse Life | No | $0.35 | $3.50 | $0.00 | $0.00 |
| 401K ER Match | Yes | $0.00 | $0.00 | $61.34 | $671.46 |
| Basic Dep Life | No | $0.00 | $0.00 | $0.62 | $6.20 |
| Basic EE Life | No | $0.00 | $0.00 | $3.70 | $40.50 |
| Basic ER Pd ADD | No | $0.00 | $0.00 | $0.54 | $5.93 |
| Basic STD | No | $0.00 | $0.00 | $15.49 | $169.98 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $184.74 | $1,873.33 |
| Employee Medicare | $42.12 | $458.85 |
| Social Security Employee Tax | $180.13 | $1,962.00 |
| AZ State Income Tax | $23.23 | $253.03 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Premise Holiday | 16.0000 | 0.0000 | 8.0000 |
| Premise PTO | 47.0000 | 6.1520 | 29.5889 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx1624 | Checking | $200.00 |
| xxxxx4281 | Checking | $2,167.43 |
| Total | | $2,367.43 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,068.35 | $2,905.28 | $430.22 | $270.70 | $2,367.43 |
| YTD | $33,587.51 | $31,047.70 | $4,547.21 | $3,124.68 | $25,915.62 |



CHS Health Services, LLC  
5500 Maryland Way #200  
Brentwood, TN 37027  
844-407-7557

**Pay Statement**  
Period Start Date 05/19/2018  
Period End Date 06/01/2018  
Pay Date 06/08/2018  
Document 337365710  
Net Pay $2,367.43

## Pay Details

| | | | |
|---|---|---|---|
| **Andi M Coffee** | **Employee Number** 000016045 | **Pay Group** CHSHS- CHS LLC | **Federal Income Tax** M 5 |
| 39506 N Daisy Mountain Drive | **SSN** XXX-XX-XXXX | **Location** Vanguard AZ | **AZ State Income Tax (Residence)** H 0 |
| 122-249 | **Job** Wellness Coach | **Site** 03012 - Vanguard, Arizona | **AZ State Income Tax (Work)** H 0 |
| Anthem, AZ 85086 | **Pay Rate** $38.3371 | **Department** 100000 - Primary Care/PCMH | |
| USA | **Pay Frequency** Biweekly | **Region** EAST - Eastern | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular-Salary | 68.0000 | $38.3371 | $2,606.92 | $33,175.40 |
| PTO | 4.0000 | $38.3371 | $153.35 | $2,253.70 |
| Holiday | 8.0000 | $38.3371 | $306.70 | $1,210.38 |
| Group Term Life | | | $1.38 | $16.38 |

Total Hours Worked 68.0000    Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401KRoth PostTx | No | $61.34 | $732.80 | $0.00 | $0.00 |
| Accdntl Injury | No | $0.00 | $2.74 | $0.00 | $0.00 |
| Critical Illnes | No | $6.98 | $82.18 | $0.00 | $0.00 |
| Dental | Yes | $45.90 | $533.16 | $10.28 | $120.14 |
| Dep Care FSA | Yes | $70.51 | $1,012.80 | $0.00 | $0.00 |
| Flex Spend Acct | Yes | $38.46 | $461.52 | $0.00 | $0.00 |
| Group Term Life | No | $1.38 | $16.38 | $0.00 | $0.00 |
| Legal | No | $8.65 | $103.80 | $0.00 | $0.00 |
| LTD Base | No | $22.15 | $220.90 | $0.00 | $0.00 |
| LTD Vol Buy Up | No | $0.00 | $44.30 | $0.00 | $0.00 |
| STD Vol Buy Up | No | $0.00 | $8.37 | $0.00 | $0.00 |
| Vision Ins | Yes | $8.20 | $98.00 | $0.00 | $0.00 |
| Vol EE Life | No | $5.40 | $59.40 | $0.00 | $0.00 |
| Vol Spouse AD&D | No | $1.38 | $15.18 | $0.00 | $0.00 |
| Vol Spouse Life | No | $0.35 | $3.85 | $0.00 | $0.00 |
| 401K ER Match | Yes | $0.00 | $0.00 | $61.34 | $732.80 |
| Basic Dep Life | No | $0.00 | $0.00 | $0.62 | $6.82 |
| Basic EE Life | No | $0.00 | $0.00 | $3.70 | $44.20 |
| Basic ER Pd ADD | No | $0.00 | $0.00 | $0.54 | $6.47 |
| Basic STD | No | $0.00 | $0.00 | $15.49 | $185.47 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $184.74 | $2,058.07 |
| Employee Medicare | $42.13 | $500.98 |
| Social Security Employee Tax | $180.12 | $2,142.12 |
| AZ State Income Tax | $23.23 | $276.26 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Premise Holiday | 24.0000 | 0.0000 | 0.0000 |
| Premise PTO | 51.0000 | 6.1520 | 31.7409 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx1624 | Checking | $200.00 |
| xxxxx4281 | Checking | $2,167.43 |
| Total | | $2,367.43 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,068.35 | $2,905.28 | $430.22 | $270.70 | $2,367.43 |
| YTD | $36,655.86 | $34,087.30 | $4,977.43 | $3,395.38 | $28,283.05 |

Case 2:18-bk-07944-MCW    Doc 3    Filed 07/05/18    Entered 07/05/18 15:34:30    Desc
Main Document    Page 4 of 5



CHS Health Services, LLC
5500 Maryland Way #200
Brentwood, TN 37027
844-407-7557

**Pay Statement**
Period Start Date 06/02/2018
Period End Date 06/15/2018
Pay Date 06/22/2018
Document 337366869
Net Pay $2,367.41

## Pay Details

| | | | |
|---|---|---|---|
| Andi M Coffee | Employee Number 000016045 | Pay Group CHSHS- CHS LLC | Federal Income Tax M 5 |
| 39506 N Daisy Mountain Drive | SSN XXX-XX-XXXX | Location Vanguard, Arizona | AZ State Income Tax (Residence) H 0 |
| 122-249 | Job Wellness Coach | Site 03012 - Vanguard, Arizona | AZ State Income Tax (Work) H 0 |
| Anthem, AZ 85086 | Pay Rate $38.3371 | Department 100000 - Primary Care/PCMH | |
| USA | Pay Frequency Biweekly | Region EAST - Eastern | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular-Salary | 64.0000 | $38.3371 | $2,453.57 | $35,628.97 |
| PTO | 16.0000 | $38.3371 | $613.39 | $2,867.09 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,210.38 |
| Group Term Life | | | $1.38 | $17.76 |

Total Hours Worked 64.0000   Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401KRoth PostTx | No | $61.34 | $794.14 | $0.00 | $0.00 |
| Accdntl Injury | No | $0.00 | $2.74 | $0.00 | $0.00 |
| Critical Illnes | No | $6.98 | $89.16 | $0.00 | $0.00 |
| Dental | Yes | $45.90 | $579.06 | $10.28 | $130.42 |
| Dep Care FSA | Yes | $70.51 | $1,083.31 | $0.00 | $0.00 |
| Flex Spend Acct | Yes | $38.46 | $499.98 | $0.00 | $0.00 |
| Group Term Life | No | $1.38 | $17.76 | $0.00 | $0.00 |
| Legal | No | $8.65 | $112.45 | $0.00 | $0.00 |
| LTD Base | No | $22.15 | $243.05 | $0.00 | $0.00 |
| LTD Vol Buy Up | No | $0.00 | $44.30 | $0.00 | $0.00 |
| STD Vol Buy Up | No | $0.00 | $8.37 | $0.00 | $0.00 |
| Vision Ins | Yes | $8.20 | $106.20 | $0.00 | $0.00 |
| Vol EE Life | No | $5.40 | $64.80 | $0.00 | $0.00 |
| Vol Spouse AD&D | No | $1.38 | $16.56 | $0.00 | $0.00 |
| Vol Spouse Life | No | $0.35 | $4.20 | $0.00 | $0.00 |
| 401K ER Match | Yes | $0.00 | $0.00 | $61.34 | $794.14 |
| Basic Dep Life | No | $0.00 | $0.00 | $0.62 | $7.44 |
| Basic EE Life | No | $0.00 | $0.00 | $3.70 | $47.90 |
| Basic ER Pd ADD | No | $0.00 | $0.00 | $0.54 | $7.01 |
| Basic STD | No | $0.00 | $0.00 | $15.49 | $200.96 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $184.74 | $2,242.81 |
| Employee Medicare | $42.13 | $543.11 |
| Social Security Employee Tax | $180.13 | $2,322.25 |
| AZ State Income Tax | $23.23 | $299.49 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Premise Holiday | 24.0000 | 0.0000 | 0.0000 |
| Premise PTO | 67.0000 | 6.4640 | 22.2049 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx1624 | Checking | $200.00 |
| xxxxx4281 | Checking | $2,167.41 |
| Total | | $2,367.41 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,068.34 | $2,905.27 | $430.23 | $270.70 | $2,367.41 |
| YTD | $39,724.20 | $37,455.65 | $5,407.66 | $3,666.08 | $30,650.46 |