Certificate Number: 18430-AZ-DE-037526653

Bankruptcy Case Number: 18-07944



18430-AZ-DE-037526653

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 19, 2023, at 9:26 o'clock AM MST, Paul C. Coffee completed a course on personal financial management given by internet by Edward J. Maney, Standing Chapter 13 Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date: June 20, 2023

By: /s/Amy Tate-Almy

Name: Amy Tate-Almy

Title: Financial Counselor and Educator