Edward J. Maney, Esq. AZ Bar#12256
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-07944-MCW |
| | ) | CHAPTER 13 |
| PAUL C. COFFEE | ) | |
| ANDI M. COFFEE | ) | |

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Edward J. Maney , files this Notice of Final Cure Payment to the creditor listed below that the amount required to cure the pre petition arrearage default in the claim listed below has been paid in full.

**Name of Creditor**: Freedom Mortgage

**Account#** 1422

**Final Cure Amount**

| Court Claim# | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|
| 025 | $83.34 | $83.34 | $83.34 |
| Direct Amount Paid by Debtor | | | $0.00 |
| Total Amount Paid by Trustee | | | $83.34 |
| Amount of Pre-petition Arrears | | | $83.34 |

**Monthly ongoing Mortgage Payment**

Mortgage is Paid:

Direct by the Debtor(s)

Dated:  See Electronic Signature                Respectfully Submitted,


_____
Edward J. Maney ABN 12256
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003

Case 2:18-bk-07944-MCW    Doc 38    Filed 07/07/23    Entered 07/07/23 11:44:13    Desc
Page 1 of 2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on:   (See Electronic Signature).

PAUL C. COFFEE
39916 N. RIVER BEND RD
ANTHEM, AZ. 85086-

Pro-se Case
Phoenix, AZ. 85067-

Freedom Mortgage
10500 Kincaid Dr Ste 300
Fishers, IN. 46037-


Dated: See Electronic Signature

_____