Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| PAUL C. COFFEE | Case No. 2:18-07944-MCW |
| ANDI M. COFFEE | TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON |
| Debtor(s) | CLAIM #: 005 |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

    No:         005
    Name:       U.S. Department of Education
    Address:    c/o Nelnet
                121 S. 13th. Street, Suite 201
                Lincoln, NE 68508
    Acct No:    5892

Upon the following grounds:

    The Trustee has been notified by the above referenced Creditor that this claim has
    been paid in full and/or satisfied.  No further distribution of funds will be made on
    behalf of this creditor by the Trustee.

The Trustee recommends said claim be treated as follows:

    The remaining balance of the claim be disallowed in total.

NOTICE IS GIVEN that the above claim is disallowed or allowed in the amount and with the

priority as recommended above by the Trustee unless on or before September 14, 2023, (30

days from mailing) the creditor EITHER:

1.   Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court, and mails a copy thereof to the Trustee at 101 N. First Avenue, Suite 1775, Phoenix, Arizona, 85003.

2.   Timely files an amended proof of claim with the U.S. Bankruptcy Court and properly notices the Trustee.

Dated: See Electronic Signature

EDWARD J. MANEY
CHAPTER 13 TRUSTEE


By: _____
        Edward J. Maney ABN 12256
        Chapter 13 Trustee
        101 North First Avenue, Suite 1775
        Phoenix, AZ 85003
        (602) 277-3776
        ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 2:18-07944-MCW

Copies of the foregoing mailed on (see electronic signature) to the following:

Attorney for Debtor(s):
Pro-se Case
Phoenix, AZ 85067-

Debtor(s):
PAUL C. COFFEE
39916 N. RIVER BEND RD
ANTHEM, AZ. 85086-

ANDI M. COFFEE
39916 N. RIVER BEND RD
ANTHEM, AZ 85086-

Creditor:
U.S. Department of Education
P.O. Box 2837
Portland, OR 97208-

Department of Education
c/o Nelnet
121 S. 13th Street, Suite 201
Lincoln, NE 68508

Department of Education
P.O. Box 740283
Atlanta, GA 30374-0283

By: Trustee's Clerk _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28